IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ANGELA D. BELL JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv156-MHT |
| | ) | (WO) |
| WORKFORCE/WALKER | ) | |
| PERSONNEL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| ANGELA D. BELL JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv485-MHT |
| | ) | (WO) |
| WORKFORCE/WALKER | ) | |
| PERSONNEL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff filed these lawsuits asserting that defendant, a temporary employment agency, discriminated against her on the basis of race and disability. These lawsuits are now before the court on the recommendation of the United States Magistrate Judge that plaintiff's

cases be dismissed without prejudice; and that the pleading styled "Title of Motion: To add" (doc. no. 7 in 2:15-cv-156), in which plaintiff appears to seek leave to "add" a second completed EEOC charge (the same charge underlying the complaint filed in plaintiff's second case against defendant), to the record of her first-filed case, be denied as moot in view of the consolidation of the two cases.  Also before the court is plaintiff's "Appeal to Discrimination Case" (doc. no. 10), which the court construes as objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

    An appropriate judgment will be entered.

    DONE, this the 7th day of March, 2016.

                                   /s/ Myron H. Thompson    
                              UNITED STATES DISTRICT JUDGE