IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANGELA D. BELL JAMES,        )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>WORKFORCE/WALKER              )<br>PERSONNEL, LLC,               )<br>                              )<br>    Defendant.                ) | CIVIL ACTION NO.<br>2:15cv156-MHT<br>(WO) |
| ANGELA D. BELL JAMES,        )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>WORKFORCE/WALKER              )<br>PERSONNEL, LLC,               )<br>                              )<br>    Defendant.                ) | CIVIL ACTION NO.<br>2:15cv485-MHT<br>(WO) |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 10) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 9) is adopted.

(3) These lawsuits are dismissed without prejudice, with no costs taxed.

(4) Plaintiff's motion "to add" (doc. no. 7) is denied as moot.

It is further ORDERED that plaintiff's motion "for 60 days to continue to look for a lawyer" (doc. no. 12) is denied.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Both these cases are closed.

DONE, this the 7th day of March, 2016.

                                  /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE